**GERMAN AMERICAN CAPITAL CORPORATION, Successor in Interest to Branch Banking and Trust Company, Plaintiff-Appellee,**

v.

**Dean F. MOREHOUSE, Defendant-Appellant.**

**No. 17-2035**

United States Court of Appeals, Fourth Circuit.

Submitted: February 27, 2018

Decided: March 14, 2018

Neil D. Goldman, GOLDMAN & VAN BEEK, P.C., Alexandria, Virginia, for Appellant. Thomas F. Murphy, FRIEDLANDER MISLER, PLLC, Washington, D.C., for Appellee.

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean F. Morehouse appeals from the district court's order granting German

decline to enforce the prohibition sua sponte

in this case.

American Capital Corporation's motion for a charging order against Morehouse's interest in a Georgia limited liability company and denying Morehouse's motion to file a supplemental memorandum in opposition. We have reviewed the record included on appeal, as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm the district court's judgment. *German Am. Capital Corp. v. Morehouse*, No. 8:13-mc-00296-GJH, 2017 WL 3411941 (D. Md. Filed Aug. 4, 2017 & entered Aug. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*